Name: Kevin C. Shea
Law Firm: Clendenen + Shea
Address: 400 Orange St New Haven CT 06511
Phone #: 203 787 1183
Appearing For: Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Richard Rejnert and Kim Rejnert husband and wife, married Arizona residents

Plaintiff(s)/Petitioner(s),

vs.

Vishay Americas, Inc.,

Defendant(s)/Respondent(s)

CASE NO: CV06-1700 PHX EHC

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

NOTICE: Please submit the $100 fee with your application.

I, Kevin C. Shea, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of Vishay Americas, Inc., defendants.

CITY AND STATE OF PRINCIPAL RESIDENCE: _____
FIRM NAME: Clendenen & Shea, LLC
ADDRESS: 400 Orange Street  SUITE: _____
CITY: New Haven  STATE: CT  ZIP: 06511
FIRM/BUSINESS PHONE: (203) 787-1183
FIRM FAX PHONE: (203) 787-2847  E-MAIL ADDRESS: kcs@clenlaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| Superior Court, State of Connecticut | 12/10/1993 | Yes / No* |
| United States District Court for the District of Connecticut | 06/06/1994 | Yes / No* |
| United States Court of Appeals for the Second Circuit | 05/03/2000 | Yes / No* |

(An Original Certificate of Good Standing from a FEDERAL BAR in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
  Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  Y/N
  Have you ever been disbarred from practice in any Court?  Y/N

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct.

August 21, 2006
Date

Signature of Applicant

Fee Receipt # PHXC47438

(Rev. 03/05)

AO 136 (Rev. 4/94)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT     KEVIN C. SHEA

BAR #:     CT 13781

I, **Kevin F. Rowe, Clerk** of the United States District Court, **District of Connecticut,**

DO HEREBY CERTIFY that **KEVIN C. SHEA** was duly **admitted to practice** in said Court on **June 6, 1994**, and is a member in good standing of the bar of said Court.

**Dated at New Haven, Connecticut**     Kevin F. Rowe,
                                        Clerk

on **August 17, 2006**

Deputy Clerk